[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14095
Non-Argument Calendar
_____

D.C. Docket No. 8:08-cr-00126-EAK-TBM-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


CHRISTOPHER POWELL,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 16, 2020)

Before ROSENBAUM, BRANCH, and FAY, Circuit Judges.

PER CURIAM:

Mary Anderson, appointed counsel for Christopher Powell in this appeal from the partial grant of a request for a sentence reduction under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Powell has submitted a response to Anderson's motion to withdraw. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's partial grant of Powell's sentence-reduction request is **AFFIRMED**.